# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| State Automobile Mutual Insurance Company**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00092-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Elise Cloutier-Chenier | ) | |
| Alden John Whitehead**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 10, 2021 Order.

November 10, 2021

*Frank G. John*

Frank G. Johns, Clerk
United States District Court